620

■■■■■■■■■■■■

389 A.2d 687

Commonwealth v. Zeiders, Appellant.

■■■■■■■■■■■■

Submitted March 13, 1978. Arthur K. Dils, and Dils, Diveglia & Radcliff, for appellant; Marion E. MacIntyre, Second Assistant District Attorney, and LeRoy S. Zimmerman, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

389 A.2d 687

Commonwealth v. Zindash, Appellant.

■■■■■■■■■■■■

Submitted April 11, 1977. Stephen L. Dugas, Assistant Public Defender, for appellant; James A. Nelson, Assistant District Attorney, and D. Gerard Long, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

WATKINS, former P. J., did not participate in the consideration or decision of this case.